**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:   The State of Texas v. Gleannloch Commercial Development, LP

Appellate case number:   01-16-00427-CV

Trial court case number:   1041442

Trial court:   County Civil Court at Law No. 3, Harris County, Texas

Date motion filed:   October 15, 2018

Party filing motion:   Appellant


It is ordered that the motion for rehearing is **denied**.


Judge's signature: ___/s/ Terry Jennings_____
                              Acting for the Court

Panel consists of:  Justices Jennings, Keyes, and Higley.

Date:  __December 4, 2018__